Certificate Number: 05781-UT-DE-041185161

Bankruptcy Case Number: 21-22079



05781-UT-DE-041185161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 9, 2026</u>, at <u>2:47</u> o'clock <u>AM PDT</u>, <u>Victoria Mauia</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of Utah</u>.

Date:  <u>July 9, 2026</u>        By:      <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>